# EXHIBIT A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)
**APRIL 2025** **01716**
E-Filing Number: 2504031028

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| DAMARY MARTE | WALMART |
| PLAINTIFF'S ADDRESS: 1479 LARDNER STREET PHILADELPHIA PA 19149 | DEFENDANT'S ADDRESS: 4600 ROOSEVELT BLVD. BLDG. G PHILADELPHIA PA 19124 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |

TOTAL NUMBER OF PLAINTIFFS: 1
TOTAL NUMBER OF DEFENDANTS: 1

COMMENCEMENT OF ACTION
- [x] Complaint
- [ ] Petition Action
- [ ] Notice of Appeal
- [ ] Writ of Summons
- [ ] Transfer From Other Jurisdictions

AMOUNT IN CONTROVERSY
- [ ] $50,000.00 or less
- [x] More than $50,000.00

COURT PROGRAMS
- [ ] Arbitration
- [x] Jury
- [ ] Non-Jury
- [ ] Other:
- [ ] Mass Tort
- [ ] Savings Action
- [ ] Petition
- [ ] Commerce
- [ ] Minor Court Appeal
- [ ] Statutory Appeals
- [ ] Settlement
- [ ] Minors
- [ ] W/D/Survival

CASE TYPE AND CODE
2S - PREMISES LIABILITY, SLIP/FALL

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

FILED
PRO PROTHY
APR 14 2025
B. BALILONIS

IS CASE SUBJECT TO COORDINATION ORDER?
YES NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: DAMARY MARTE

Papers may be served at the address set forth below.

NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY: ALAN KAPLAN

ADDRESS: 1333 RACE STREET PHILADELPHIA PA 19107

PHONE NUMBER: (215)372-0911

FAX NUMBER: (215)405-3732

SUPREME COURT IDENTIFICATION NO.: 329283

E-MAIL ADDRESS: akaplan@kaplanlaw.com

SIGNATURE OF FILING ATTORNEY OR PARTY: *ALAN KAPLAN*

DATE SUBMITTED: Monday, April 14, 2025, 10:56 am

**KAP LAW LLC**
By: Alan Kaplan, Esquire
Identification No. 329283
1333 Race Street
Philadelphia, PA 19107
Phone: 215-372-0911
Email: akaplan@kaplanlaw.com

Filed and Attested by the
Office of Judicial Records
14 APR 2025 10:56 am
B. BALILONIS

| | |
|---|---|
| **DAMARY MARTE**<br>1479 Lardner St<br>Philadelphia, PA 19149-3224<br><br>Plaintiff,<br><br>v.<br><br>**WALMART**<br>4600 Roosevelt Blvd<br>Bldg G<br>Philadelphia, PA 19124<br><br>Defendant. | **COURT OF COMMON PLEAS**<br>**PHILADELPHIA COUNTY**<br><br>**APRIL TERM, 2025**<br><br>**No.** |

**NOTICE**

You have been sued in court. If you wish to defend against the Claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing it in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without further notice for any money claimed in the complaint of for any other claim or relief by the Plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF OYU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL ASSISTANCE.

PHILADELPHIA COUNTY BAR ASSOCIATION
Lawyer Referral and Information Service
1101 Market Streets
Philadelphia, PA 19107
215 238 1701

**AVISO**

Le han damamdado a usted en la corta. Sl usted quiere defenderse de estas demandas expuestas en las paginas las sigulenter, ested teina veinte (20) dias de plazo al partir de la fecha de la demanda y las notification. Hace faita asentar una comparencia escitta o an parsona o cun un abogado y entregar a la corte en forma escrita sus defenses o sus objecioues a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la cortra suya sin previo aviso o notification. Ademas, la corte puede decider a favor del demandante y require que usted cumpla con todas las provisones de esta demanda. Usted puede prderdinero o sus propiedades u otros derachos importanted para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENT. SI NO TIENE ABOGADO O SI NOLEGAL HELP TIENE EL DINERO SUFICIENE DE PAGART TAL SERVICO VAYA EN PERSONA O LLAME POR TELEFONE A LA OFICINO CUYA DIRECCION ENCUENTRA ESCRITA ABAJO PARA AVERIGUA DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA
Servico De Referencia E Informacion Legal
1101 Market Streets
Filadelfia, Pennsylvania 19107
(215) 238-1701

**CIVIL ACTION COMPLAINT**
**NEGLIGENCE – 2S – PREMISES ACCIDENT**

1. Plaintiff, Damary Marte is an adult individual residing at the above-captioned address.

2. Defendant, Walmart is a business, company, entity, partnership, franchise, fictitious name, proprietorship or corporation existing and/or qualifying under the laws of the Commonwealth of Pennsylvania, with a registered office for the acceptance of service or a principal place of business at the above-captioned address.

3. At all times material hereto, Defendant acted by and through its agents (actual, apparent or ostensible), servants, workmen, employees and/or officers, all of whom were then and there acting within the course and scope of their duties, agency, employment or authority for Defendants.

4. On or about November 02, 2024, Plaintiff, Damary Marte, sustained serious and permanent injuries while lawfully walking at or around the entrance of the Walmart at 4600 Roosevelt Blvd, in the City of Philadelphia, Commonwealth of Pennsylvania.

5. At all times relevant hereto, an employee for Defendant Walmart negligently and forcefully struck Plaintiff with a Walmart shopping cart causing Plaintiff to fall to the ground and thereby sustaining serious and permanent injuries more fully set forth herein.

6. Upon information and belief, the individual handling the Walmart shopping cart was an employee of Defendant, Walmart.

7. On or about November 02, 2024, the shopping cart was possessed, maintained, and/or controlled by Walmart.

8. At all relevant times, Defendant, Walmart, was involved in the training and warning of those who performed work including by not limited to: training operators of the shopping carts, and setting safety policies and precures for the operation of the same.

9. At all times relevant hereto, Defendant Walmart was involved in the maintenance of the subject shopping cart.

10. This accident was caused solely from the negligence and carelessness of Defendant and was in no manner whatsoever due to any act of negligence on the part of Plaintiff.

**COUNT I – NEGLIGENCE**
**DAMARY MARTE v. WALMART**

11. Plaintiff, Damary Marte, hereby incorporates the preceding paragraphs as if same were set forth at length herein.

12. The aforesaid accident was caused by the negligence and carelessness of Defendant, acting as aforesaid, which negligence and carelessness consisted of the following:

(a) failing to safely operate the shopping cart;

(b) failing to exercise due care in the operating of a shopping cart;

(c) failing to have the shopping cart under proper and adequate control at all times;

(d) failing to take proper evasive actions;

(e) operating the shopping cart in a negligent matter;

(f) causing the shopping cart to make contact with other objects and/or persons;

(g) operating the shopping cart in such a way that a collision was caused;

(h) failing to keep a proper lookout;

(i) failing to warns other of presence;

(j) failing to adequately ensure the safety of the premises;

(k) failing to adequately implement any safety measures, plans, recommendations, designs, specifications, inspections, safety procedures, policies and protocols;

(l) failing to adequately inspect and oversee the Premises for dangerous and hazardous conditions;

(m) failing to properly train and supervise;

(n) failing to hire competent employees;

(o) failing to adopt, enact, employ and/or enforce proper and adequate safety equipment, programs, precautions, procedures, measures, and/or plans;

(p) failing to ensure that its workers tasked with operating material handling equipment were properly trained and authorized to use the equipment;

(q) failing to ensure that the subject operator did not present an unreasonable risk to those that would be working around him/her;

(r) failing to take all reasonable steps to ensure the safety of those that would be working around the subject operator;

(s) failing to properly train and supervise personnel; and

(t) failing to hire competent employees and/or safety inspectors

13. As the direct and proximate result of Defendant's negligence, Plaintiff sustained severe and multiple injuries, both internal and external, to and about her body, and extremities and/or the aggravation of pre-existing conditions thereto, if any, with injury to her bones, joints, nerves and nervous system, including, but not limited to: wrists, knees, back, neck, legs, internal injuries of an unknown nature, severe aches, pains, mental anxiety and anguish, severe shock to her entire nervous system, exacerbation of all known and unknown pre-existing medical conditions, if any, and other injuries that will represent a permanent and substantial impairment of

Plaintiff's bodily functioning that substantially impairs Plaintiff's ability to perform her daily life activities, and the full extent of which is not yet known.

14. As a further result of the said accident, Plaintiff has suffered severe pain, mental anguish, humiliation, and embarrassment and she will continue to suffer same for an indefinite period of time in the future.

15. As a further result of the said accident, Plaintiff has and will probably in the future, be obliged to receive and undergo medical attention, which was or will be reasonable and necessary arising from the aforesaid accident and will otherwise incur various expenditures for the injuries she has suffered.

16. As a further result of the said accident, Plaintiff has incurred medical expenses that were reasonable, necessary, and causally related to the aforesaid accident as a result of the injuries she sustained in this accident.

17. As a further result of the said accident, Plaintiff has been unable to attend to her daily chores, duties, and occupations, and she will be unable to do so for an indefinite time in the future, all to her great financial detriment and loss.

18. As a further result of the said accident, Plaintiff has and will suffer severe loss of her earnings and/or impairment of her earning capacity.

**WHEREFORE**, Plaintiff demands judgment in her favor and against Defendant for damages in excess of fifty-thousand dollars ($50,000.00) together with interest and costs of suit.

**KAP LAW LLC**

*Alan Kaplan /s/*

ALAN KAPLAN, ESQUIRE
Attorney for Plaintiff

Dated: April 12, 2025

VERIFICATION

The Undersigned, having read the attached Complaint verifies that the within pleading is based on information furnished to counsel, and which information has been gathered by counsel in the course of investigating this claim. The language of the Complaint is that of counsel and not of signer. Signer verifies that she has read the within Complaint and that it is true and correct to the best of the signer's knowledge, information and belief. To the extent that the contents of the pleading are that of counsel, verifier has relied upon counsel in taking this Verification. This Verification is made subject to the Penalties of 18 Pa. C.S.A. § 4904, relating to unsworn falsification to authorities.

Damary Marte

Date: 04/14/2025



The signed document can be validated at https://app.vinesign.com/Verify